UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
HENRY G. HOBBS, JR.
ACTING UNITED STATES TRUSTEE
KEVIN M. EPSTEIN
TRIAL ATTORNEY
615 E. HOUSTON, RM. 533
SAN ANTONIO, TX 78205
Telephone: (210) 472-4640
Facsimile: (210) 472-4649

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| ALL AMERICAN OIL & GAS, INCORPORATED, | § § § | CASE NO. 18-52693-RBK |
| | § | |
| KERN RIVER HOLDINGS, INC., | § § | CASE NO. 18-52694-RBK |
| WESTERN POWER & STEAM, INC., | § § | CASE NO. 18-52695-RBK |
| DEBTORS. | § § | CHAPTER 11 |
| | § § | (JOINTLY ADMINISTERED UNDER CASE NO. 18-52693-RBK) |

## NOTICE OF APPOINTMENT OF COMMITTEE OF UNSECURED CREDITORS

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

Pursuant to § 1102(a)(1) and (b)(1) of the Bankruptcy Code, the United States Trustee hereby appoints the following eligible creditors of the above-named debtors to the Committee of Unsecured Creditors in these cases.

1. APT General Engineering Inc.
   Contact: Russell Elrod
   P.O. Box 2124
   Bakersfield, CA  93303
   (661) 323-0343
   Email: info@aptgeneng.com

2. Argo Chemical, Inc.
   Contact: Mark Rodgers
   30933 Imperial Street
   Bakersfield, CA  93263
   (661) 322-2222
   Email: Mark.Rodgers@argochem.com

3. Camden Financial Services
   Contact: Rob Deutschman
   100 Wilshire Blvd., Suite 1200
   Santa Monica, CA  90401
   (310) 393-6632
   Email: rd@cappellocorp.com

4. Mark Sheffield Construction Inc.
   Contact: Steve Sheffield
   9105 Langley Rd.
   Bakersfield, CA 93312
   (661) 201-8520
   Email: sheffcon@aol.com

5. MMI Services, Inc.
   Contact: Steve McGowan
   4042 Patton Way
   Bakersfield, CA  93308-5030
   (661) 589-9366
   Email: steve@mmi-services.com

    Respectfully submitted,

    HENRY G. HOBBS, JR.
    ACTING UNITED STATES TRUSTEE
    Region 7
    Southern and Western Districts of Texas

    By: //s//Kevin M. Epstein
       Kevin M. Epstein
       Trial Attorney
       Texas Bar No. 00790647
       615 E. Houston, Rm. 533
       San Antonio, TX 78205
       (210) 472-4640
       (210) 472-4649 Fax
       E-mail: Kevin.M.Epstein@usdoj.gov

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing <u>Notice of Appointment of Committee of Unsecured Creditors</u> has been served upon the parties on the attached services lists either electronically through the Court's CM/ECF system or by first class mail on this the 4th day of December, 2018.

                                          <u>/s/ Kevin M. Epstein</u>
                                          Kevin M. Epstein
                                          Trial Attorney

| | | |
|---|---|---|
| Camden Financial Services<br>c/o Alan J. Kessel<br>Pepper Hamilton LLP<br>4 Park Plaza<br>Irvine, CA  92614 | Air Quality Consultants, Inc.<br>15541 Commerce Lane<br>Huntington Beach, CA  92649 | Kern USA Inc.<br>Norfolk House<br>31 St James's Square<br>London, UK<br>SW1Y4JR |
| Kia Insurance Associates, Inc.<br>PO Box 11390<br>Bakersfield, CA  93389-1390 | Chubb<br>PO Box 382001<br>Pittsburgh, PA  15250-8001 | P2ES Holdings, LLC<br>2692 O2ES Energy Solutions<br>PO Box 912692<br>Denver, Co  80291-2692 |
| MetLife-Group Benefits<br>PO Box 804466<br>Kansas City, MO  64180-4466 | Marilyn Gibb<br>714B Meriden Lane<br>Austin, TX  78703 | BizDoc Inc.<br>840 W Rhapsody<br>San Antonio, TX  78216 |
| Time Warner Cable<br>3600 Sillect Ave.<br>Bakersfield, CA   93308 | All American Oil & Gas Incorporated<br>9601 McAllister Freeway, Ste. 221<br>San Antonio, TX  78216 | Deborah E. Williamson<br>Dykema Gossett PLLC<br>112 E. Pecan Street, Ste. 1800<br>San Antonio, TX  78205-1521 |

| | | |
|---|---|---|
| Camden Financial Services<br>c/o Alan J. Kessel<br>Pepper Hamilton LLP<br>4 Park Plaza<br>Irvine, CA  92614 | BP Energy Company<br>501 Westlake Park Blvd.<br>Houston, TX  77079 | James Shannon<br>PO Box 333<br>IL Waco, WA  98624 |
| Key Energy Services<br>PO Box 4649<br>Houston, TX  77210-4649 | California Dept. of Conservation<br>Div. of Oil Gas & Geothermal Resource<br>801 K Street MS 18-05<br>Sacramento, CA  95814-3530 | Bolles Well Service<br>4008 Shawn Street<br>Bakersfield, CA  93312 |
| Mark Sheffield Construction, Inc.<br>9105 Langley Road<br>Bakersfield, CA  93312 | APT General Engineering Inc.<br>PO Box 2124<br>Bakersfield, CA  93303 | Midas Pump & Supply<br>PO Box 81677<br>Bakersfield, CA  93380 |
| GeoGuidance Drilling Services<br>PO Box 42647<br>Bakersfield, CA  93384 | MMI Services Inc.<br>4042 Patton Way<br>Bakersfield, CA  93308 | San Joaquin Bit Service<br>PO Box 40186<br>Bakersfield, CA  93384 |
| Darrell Thompson Tank & Construction<br>PO Box 5788<br>Bakersfield, CA  93388 | Michael Amundsen, Trustee<br>2990 Dogwood Circle<br>Saint George, UT  84790 | CalifornaChoice<br>c/o Benefit Administrators<br>PO Box 7088<br>Orange, CA  92863-7088 |
| TRB Oilfield Services Inc.<br>PO Box 82276<br>Bakersfield, CA  93380 | Petrol Production Supply<br>11000 Brimhall Rd., Ste. E-52<br>Bakersfield, CA  93389 | B J Inc. California Corp.<br>4101 Union Avenue<br>Bakersfield, CA  93305 |
| J Aron & Company, LLC<br>c/o Tax Department (Federal)<br>200 West Street<br>New York, NY  10282 | Kings Oil Tools Inc.<br>2235 Spring Street<br>Paso Robles, CA  93446 | Kern River Holdings, Inc.<br>9601 McAllister Freeway, Ste. 221<br>San Antonio, TX  78216 |
| Deborah E. Williamson<br>Dykema Gossett PLLC<br>112 E. Pecan Street, Ste. 1800<br>San Antonio, TX  78205-1521 | | |

| | | |
|---|---|---|
| GE packaged Power LLC<br>PO Box 100371<br>Atlanta, GA  30384 | Brush SEM s.r.o<br>Edvarda Benes'e<br>564/39<br>Plzen 30100<br>Czech Republic | PG&E<br>PO Box 997300<br>Sacramento, CA  95899 |
| Argo Chemical<br>30933 Imperial St.<br>Shafter, CA  93263 | Nalco Company<br>PO Box 730005<br>Dallas, TX  75373 | SJVAPCD<br>34946 Flyover Court<br>Bakersfield, CA  93308 |
| Aeros Environmental Inc.<br>18828 Highway 65<br>Bakersfield, CA  93308 | Dawn Calderwood<br>PO Box 80221<br>Bakersfield, CA  93380 | T&T Truck & Crane Service<br>PO Box 1748<br>Ventura, CA  93002 |
| Pence Petroleum Co.<br>PO Box 1048<br>Fresno, CA  93714 | Western Power & Steam, Inc.<br>9601 McAllister Freeway, Ste. 221<br>San Antonio, TX  78216 | Deborah E. Williamson<br>Dykema Gossett PLLC<br>112 E. Pecan Street, Ste. 1800<br>San Antonio, TX  78205-1521 |