# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | | |
|---|---|---|
| In re: | § § | Chapter 11 |
| ALL AMERICAN OIL & GAS INCORPORATED, *et al.*,[1] | § § § § | Case No. 18-52693-rbk |
| Debtors. | § § § | Jointly Administered Under Case No. 18-52693-rbk |

## AGENDA FOR HEARING ON JANUARY 7, 2019 AT 1:00 P.M.

**A.  DEBTORS' EMERGENCY MOTION FOR ENTRY OF INTERIM AND FINAL ORDERS (I) AUTHORIZING THE DEBTORS TO (A) PAY PREPETITION WAGES, SALARIES, OTHER COMPENSATION, AND REIMBURSABLE EXPENSES, AND (B) CONTINUE EMPLOYEE BENEFITS PROGRAMS AND (II) GRANTING RELATED RELIEF [DOCKET NO. 21]**

Status:  No objection.

Related Documents:

1. Interim Order [Docket No. 62]
2. Second Interim Order [Docket No. 158]
3. Certificate of No Objection [Docket No. 177]

**B.  JOINT MOTION BY DEBTORS, NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PENNSYLVANIA AND SHELL TRADING (US) COMPANY FOR ENTRY OF ORDER FOR RELIEF FROM THE AUTOMATIC STAY WITH RESECT TO STATE COURT LAWSUIT [DOCKET NO. 132]**

Status:  No objection.

Related Document:

1. Certificate of No Objection [Docket No. 200]

---

[1] The Debtors in these Cases, along with the last four digits of each Debtor's federal tax identification number are: All American Oil & Gas Incorporated (5894); Kern River Holdings Inc. (0508); and Western Power & Steam, Inc. (2088). The location of the Debtors' service address is: 9601 McAllister Freeway, Suite 221, San Antonio, Texas 78216.

1

**C. DEBTORS' EMERGENCY MOTION PURSUANT TO SECTIONS 105, 361, 362, 363, 507 AND 552 OF THE BANKRUPTCY CODE FOR ENTRY OF INTERIM AND FINAL ORDERS (I) AUTHORIZING THE USE OF CASH COLLATERAL, (II) GRANTING ADEQUATE PROTECTION, (III) SCHEDULING A FINAL HEARING PURSUANT TO BANKRUPTCY RULE 4001, AND (IV) GRANTING RELATED RELIEF [DOCKET NO. 22]**

Status: Going forward.

Related Documents:

1. Interim Order [Docket No. 58]
2. Supplement to Debtors' Motion [Docket No. 116]
3. Attorney Checklist [Docket No. 117]
4. Objection of Kern Cal Oil 7 LLC [Docket No. 120]
5. Kern Cal Oil & LLC Emergency Motion for Order Authorizing Filing of Ex A to Debtors' Emergency Motion [Docket No. 121]
6. Committee of Unsecured Creditors' Response [Docket No. 133]
7. Reply of Ad Hoc Committee of Equity Security Holders to Objection of Kern Cal Oil 7 LLC to Debtors' Motion [Docket No. 134]
8. Second Interim Order [Docket No. 161]
9. Notice of Entry of Second Interim Order [Docket No. 171]
10. Committee of Unsecured Creditors' Supplemental Response [Docket No. 210]