MOR-1

UNITED STATES BANKRUPTCY COURT

CASE NAME: ALL AMERICAN OIL & GAS INCORPORATED
CASE NUMBER: 18-52693-rbk
PROPOSED PLAN DATE:

PETITION DATE: 11/12/2018
DISTRICT OF TEXAS: WESTERN
DIVISION: SAN ANTONIO

## MONTHLY OPERATING REPORT SUMMARY FOR MONTH NOVEMBER YEAR 2018

| MONTH | NOVEMBER | DECEMBER | | | | |
|---|---|---|---|---|---|---|
| REVENUES (MOR-6) | 140,769 | 151,783 | - | - | - | - |
| INCOME BEFORE INT; DEPREC./TAX (MOR-6) | 24,129 | 13,461 | - | - | - | - |
| NET INCOME (LOSS) (MOR-6) | (161,750) | (129,788) | - | - | - | - |
| PAYMENTS TO INSIDERS (MOR-9) | 44,665 | 76,236 | - | - | - | - |
| PAYMENTS TO PROFESSIONALS (MOR-9) | - | - | - | - | - | - |
| TOTAL DISBURSEMENTS (MOR-7) | 72,151 | 159,714 | - | - | - | - |

***The original of this document must be filed with the United States Bankruptcy Court and a copy must be sent to the United States Trustee***

| REQUIRED INSURANCE MAINTAINED AS OF SIGNATURE DATE | | EXP. DATE |
|---|---|---|
| CASUALTY | YES (X) NO ( ) | -_-_- |
| LIABILITY | YES (X) NO ( ) | -_-_- |
| VEHICLE | YES (X) NO ( ) | -_-_- |
| WORKER'S | YES (X) NO ( ) | -_-_- |
| OTHER | YES (X) NO ( ) | -_-_- |

CIRCLE ONE

Are all accounts receivable being collected within terms? **Yes** No
Are all post-petition liabilities, including taxes, being paid within terms? **Yes** No
Have any pre-petition liabilities been paid? Yes **No**
If so, describe
Are all funds received being deposited into DIP bank accounts? Yes **No**
Were any assets disposed of outside the normal course of business? Yes **No**
If so, describe
Are all U.S. Trustee Quarterly Fee Payments current? **Yes** No
What is the status of your Plan of Reorganization?

ATTORNEY NAME: DEBORAH WILLIAMSON
FIRM NAME: DYKEMA GOSSETT PLLC
ADDRESS: 112 E. PECAN STREET, STE 1800
CITY, STATE, ZIP: SAN ANTONIO, TX 78205
TELEPHONE/FAX: 210-554-5500

MOR-1

*I certify under penalty of perjury that the following complete Monthly Operating Report (MOR), consisting of MOR-1 through MOR-9 plus attachments, is true and correct.*

SIGNED X _____ TITLE: Controller/Treasurer
J DON COLLIER

1/31/2019

CASE NAME: ALL AMERICAN OIL & GAS INCORPORATED
CASE NUMBER: 18-52693-rbk

## COMPARATIVE BALANCE SHEETS

| ASSETS | FILING DATE* 11/12/2018 0:00 | MONTH NOVEMBER | MONTH DECEMBER | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|---|
| CURRENT ASSETS | | | | | | | |
| Cash | 350,444 | 299,331 | 139,617 | | | | |
| Accounts Receivable, Net | 1,404 | 1,404 | 1,404 | | | | |
| Inventory: Lower of Cost or Market | | | | | | | |
| Prepaid Expenses | 1,215,000 | 1,237,342 | 1,248,593 | | | | |
| Investments | | | | | | | |
| Other | | | | | | | |
| TOTAL CURRENT ASSETS | 1,566,848 | 1,538,077 | 1,389,614 | - | - | - | - |
| PROPERTY, PLANT & EQUIP. @ COST | 152,461 | 152,461 | 155,961 | | | | |
| Less Accumulated Depreciation | 113,680 | 116,026 | 117,848 | | | | |
| NET BOOK VALUE OF PP & E | 38,781 | 36,435 | 38,113 | - | - | - | - |
| OTHER ASSETS | | | | | | | |
| 1. Tax Deposits | | | | | | | |
| 2. Investments in Subsidiaries | | | | | | | |
| 3. Electric Deposit | | | | | | | |
| 4. Net Operating Loss | 13,725,938 | 13,725,938 | 13,725,938 | | | | |
| TOTAL ASSETS | 15,331,567 | 15,300,450 | 15,153,665 | $ - | $ - | $ - | $ - |

* Per Schedules and Statement of Affairs

MOR-2

*Revised 07/01/98*

CASE NAME: ALL AMERICAN OIL & GAS INCORPORATED
CASE NUMBER: 18-52693-rbk

## COMPARATIVE BALANCE SHEETS

| LIABILITIES & OWNER'S EQUITY | FILING DATE* 11/12/2018 0:00 | MONTH NOVEMBER | MONTH DECEMBER | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|---|
| **LIABILITIES** | | | | | | | |
| POST-PETITION LIABILITIES(MOR-4) | | 130,633 | 113,636 | | | | |
| **PRE-PETITION LIABILITIES** | | | | | | | |
| Notes Payable - Secured | 143,814,246 | 143,814,246 | 143,814,246 | | | | |
| Priority Debt | 12,490 | 12,490 | 12,490 | | | | |
| Federal Income Tax | | | | | | | |
| FICA/Withholding | | | | | | | |
| Unsecured Debt | 16,283,782 | 16,283,782 | 16,283,782 | | | | |
| Other | | | | | | | |
| TOTAL PRE-PETITION LIABILITIES | 160,110,518 | 160,110,518 | 160,110,518 | - | - | - | - |
| **TOTAL LIABILITIES** | 160,110,518 | 160,241,151 | 160,224,154 | - | - | - | - |
| **OWNER'S EQUITY (DEFICIT)** | | | | | | | |
| PREFERRED STOCK | | | | | | | |
| COMMON STOCK | 61,003 | 61,003 | 61,003 | | | | |
| ADDITIONAL PAID-IN CAPITAL | 14,689,473 | 14,689,473 | 14,689,473 | | | | |
| RETAINED EARNINGS: Filing Date | (159,529,428) | (159,529,428) | (159,529,428) | | | | |
| RETAINED EARNINGS: Post Filing Date | | (161,750) | (291,538) | | | | |
| TOTAL OWNER'S EQUITY (NET WORTH) | (144,778,951) | (144,940,701) | (145,070,489) | - | - | - | - |
| TOTAL LIABILITIES & OWNERS EQUITY | 15,331,567 | 15,300,450 | 15,153,665 | $ - | $ - | $ - | $ - |

* Per Schedules and Statement of Affairs

MOR-3

*Revised 07/01/98*

CASE NAME: ALL AMERICAN OIL & GAS INCORPORATED
CASE NUMBER: 18-52693-rbk

## SCHEDULE OF POST-PETITION LIABILITIES

| | MONTH NOVEMBER | MONTH DECEMBER | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|
| *TRADE ACCOUNTS PAYABLE* | 70,224 | - | | | | |
| TAX PAYABLE | | | | | | |
| Federal Payroll Taxes | 36 | 12,907 | | | | |
| State Payroll Taxes | 0 | 2,728 | | | | |
| Ad Valorem Taxes | | | | | | |
| Other Taxes | | | | | | |
| TOTAL TAXES PAYABLE | 36 | 15,635 | - | - | - | - |
| SECURED DEBT POST-PETITION | | | | | | |
| ACCRUED INTEREST PAYABLE | | | | | | |
| ACCRUED PROFESSIONAL FEES* | | | | | | |
| OTHER ACCRUED LIABILITIES | | | | | | |
| 1. Salaries | 34,245 | 25,791 | | | | |
| 2. Audit & Tax preperation for 2018 | 23,872 | 22,425 | | | | |
| 3. Other | 2,257 | 49,785 | | | | |
| TOTAL POST-PETITION LIABILITIES (MOR-3) | 130,633 | 113,636 | $ - | $ - | $ - | $ - |

*Payment requires Court Approval

MOR-4

*Revised 07/01/98*

CASE NAME: ALL AMERICAN OIL & GAS INCORPORATED
CASE NUMBER: 18-52693-rbk

## AGING OF POST-PETITION LIABILITIES
MONTH  DECEMBER

| DAYS | TOTAL | TRADE ACCOUNTS | FEDERAL TAXES | STATE TAXES | AD VALOREM, OTHER TAXES | OTHER |
|---|---|---|---|---|---|---|
| 0-30 | $ 15,635 | $ - | $ 12,907 | $ 2,728 | | |
| 31-60 | - | | | | | |
| 61-90 | - | | | | | |
| 91+ | - | | | | | |
| TOTAL | $ 15,635 | $ - | $ 12,907 | $ 2,728 | $ - | $ - |

## AGING OF ACCOUNTS RECEIVABLE

| MONTH | NOVMEBER | DECEMBER | | | | |
|---|---|---|---|---|---|---|
| 0-30 DAYS | | | | | | |
| 31-60 DAYS | | | | | | |
| 61-90 DAYS | | | | | | |
| 91+ DAYS | 1,404 | 1,404 | | | | |
| TOTAL | $ 1,404 | $ 1,404 | $ - | $ - | $ - | $ - |

**MOR-5**

*Revised 07/01/98*

CASE NAME: ALL AMERICAN OIL & GAS INCORPORATED
CASE NUMBER: 18-52693-rbk

## STATEMENT OF INCOME (LOSS)

| | MONTH 11/12 - 11/30/18 | MONTH DECEMBER | MONTH | MONTH | MONTH | MONTH | FILING TO DATE |
|---|---|---|---|---|---|---|---|
| REVENUES (MOR-1) | 140,769 | 151,783 | | | | | 292,552 |
| TOTAL COST OF REVENUES | 104 | 104 | | | | | 207 |
| GROSS PROFIT | 140,665 | 151,680 | - | - | - | - | 292,345 |
| OPERATING EXPENSES: | | | | | | | |
| Selling & Marketing | | | | | | | - |
| General & Administrative | 71,870 | 61,982 | | | | | 133,853 |
| Insiders Compensation | 44,665 | 76,236 | | | | | 120,902 |
| Professional Fees | | | | | | | - |
| Other | | | | | | | - |
| Other | | | | | | | - |
| TOTAL OPERATING EXPENSES | 116,536 | 138,219 | - | - | - | - | 254,754 |
| INCOME BEFORE INT, DEPR/TAX (MOR-1) | 24,129 | 13,461 | - | - | - | - | 37,590 |
| INTEREST EXPENSE | 41,054 | 71,734 | | | | | 112,788 |
| DEPRECIATION | 1,559 | 1,211 | | | | | 2,770 |
| OTHER (INCOME) EXPENSE* | 143,267 | 70,304 | | | | | 213,571 |
| OTHER ITEMS** | | | | | | | - |
| TOTAL INT, DEPR & OTHER ITEMS | 185,879 | 143,249 | - | - | - | - | 329,128 |
| NET INCOME BEFORE TAXES | (161,750) | (129,788) | - | - | - | - | (291,538) |
| FEDERAL INCOME TAXES | | | | | | | - |
| NET INCOME (LOSS) (MOR-1) | (161,750) | (129,788) | $ - | $ - | $ - | $ - | (291,538) |

*Accrual Accounting Required, Otherwise Footnote with Explanation.*

\* *Footnote Mandatory.*     \* ORRI adjustment

\*\* *Unusual and/or infrequent item(s) outside the ordinary course of business requires footnote.*

**MOR-6**

*Revised 07/01/98*

CASE NAME: ALL AMERICAN OIL & GAS INCORPORATED
CASE NUMBER: 18-52693-rbk

| CASH RECEIPTS AND DISBURSEMENTS | MONTH 11/12 - 11/30/18 | MONTH 12/01 - 12/31/18 | MONTH | MONTH | MONTH | MONTH | FILING TO DATE |
|---|---|---|---|---|---|---|---|
| 1. CASH-BEGINNING OF MONTH | 350,444 | 299,331 | 139,617 | 139,617 | 139,617 | 139,617 | 350,444 |
| RECEIPTS: | | | | | | | |
| 2. CASH SALES | | | | | | | - |
| 3. COLLECTION OF ACCOUNTS RECEIVABLE | 21,038 | | | | | | 21,038 |
| 4. LOANS & ADVANCES (attach list) | | | | | | | - |
| 5. SALE OF ASSETS | | | | | | | - |
| 6. OTHER (See Below #1) | | | | | | | - |
| TOTAL RECEIPTS** | 21,038 | - | - | - | - | - | 21,038 |
| (Withdrawal) Contribution by Individual Debtor MFR-2* | | | | | | | - |
| DISBURSEMENTS: | | | | | | | |
| 7. NET PAYROLL | 49,009 | 100,481 | | | | | 149,490 |
| 8. PAYROLL TAXES PAID | | | | | | | - |
| 9. SALES, USE & OTHER TAXES PAID | | | | | | | - |
| 10. SECURED/RENTAL/LEASES | | | | | | | - |
| 11. UTILITIES & TELEPHONE | | | | | | | - |
| 12. INSURANCE | 22,887 | 24,303 | | | | | 47,190 |
| 13. INVENTORY PURCHASES | | | | | | | - |
| 14. VEHICLE EXPENSES | | | | | | | - |
| 15. TRAVEL & ENTERTAINMENT | | | | | | | - |
| 16. REPAIRS, MAINTENANCE & SUPPLIES | | | | | | | - |
| 17. ADMINISTRATIVE & SELLING | 255 | 34,930 | | | | | 35,185 |
| 18. OTHER (attach list) | | | | | | | - |
| TOTAL DISBURSEMENTS FROM OPERATIONS | 72,151 | 159,714 | - | - | - | - | 231,865 |
| 19. PROFESSIONAL FEES | | | | | | | - |
| 20. U.S. TRUSTEE FEES | | | | | | | - |
| 21. OTHER REORGANIZATION EXPENSES (attach list) | | | | | | | - |
| TOTAL DISBURSEMENTS** | 72,151 | 159,714 | - | - | - | - | 231,865 |
| 22. NET CASH FLOW | (51,113) | (159,714) | - | - | - | - | (210,827) |
| 23. CASH - END OF MONTH (MOR-2) | 299,331 | 139,617 | 139,617 | 139,617 | 139,617 | 139,617 | 139,617 |

* Applies to Individual debtors only

**MOR-7**

**Numbers for the current month should balance (match) RECEIPTS and CHECKS/OTHER DISBURSEMENTS lines on MOR-8

1. Return of rejected electronic disbursement to vendor

*Revised 07/01/98*

CASE NAME: ALL AMERICAN OIL & GAS INCORPORATED
CASE NUMBER: 18-52693-rbk

# CASH ACCOUNT RECONCILIATION
## MONTH OF DECEMBER

| BANK NAME | WELLS FARGO | | | WELLS FARGO | |
|---|---|---|---|---|---|
| ACCOUNT NUMBER | #6332552568 | # | # | #1806269674 | |
| ACCOUNT TYPE | OPERATING | PAYROLL | TAX | PETTY CASH | TOTAL |
| BANK BALANCE | 130,946.89 | | | 8,687.19 | $ 139,634.08 |
| DEPOSITS IN TRANSIT | | | | | $ - |
| OUTSTANDING CHECKS | | | | 17.37 | $ 17.37 |
| ADJUSTED BANK BALANCE | $ 130,946.89 | $ - | $ - | $ 8,669.82 | $ 139,616.71 |
| BEGINNING CASH - PER BOOKS | 293,453.38 | | | 5,877.33 | $ 299,330.71 |
| RECEIPTS* | | | | 10,239.06 | $ 10,239.06 |
| TRANSFERS BETWEEN ACCOUNTS | - | | | | $ - |
| (WITHDRAWAL) OR CONTRIBUTION BY INDIVIDUAL DEBTOR MFR-2 | | | | | $ - |
| CHECKS/OTHER DISBURSEMENTS* | (162,506.49) | | | (7,446.57) | $ (169,953.06) |
| ENDING CASH - PER BOOKS | $ 130,946.89 | $ - | $ - | $ 8,669.82 | $ 139,616.71 |

**MOR-8**

*Numbers should balance (match) TOTAL RECEIPTS and TOTAL DISBURSEMENTS lines on MOR-7

*Revised 07/01/98*

CASE NAME: ALL AMERICAN OIL & GAS INCORPORATED
CASE NUMBER: 18-52693-rbk

# PAYMENTS TO INSIDERS AND PROFESSIONALS

Of the total disbursements shown for the month, list the amount paid to insiders (as defined in Section 101(31)(A)-(F) of the U.S. Bankruptcy Code) and the professionals. Also, for insiders, identify the type of compensation paid (e.g., salary, commission, bonus, etc.) (Attach additional pages as necessary).

| INSIDERS: NAME/COMP TYPE | MONTH 11/12 -11/30 | MONTH DECEMBER | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|
| 1 ROBERT MORRIS | | | | | | |
| 2 ROBERT MORRIS - EXPENSES | | | | | | |
| 3 PATRICK MORRIS | 11,175.00 | 23,853.83 | | | | |
| 4 PATRICK MORRIS - EXPENSES | 2,634.05 | 2,977.05 | | | | |
| 3. DAVID KATZ | 12,510.00 | 25,162.83 | | | | |
| 4. DAVID KATZ - EXPENSES | 11,029.78 | 8,681.87 | | | | |
| 5. J. DON COLLIER | 7,216.66 | 15,460.66 | | | | |
| 6. J. DON COLLIER - EXPENSES | 100.00 | 100.00 | | | | |
| TOTAL INSIDERS (MOR-1) | $ 44,665.49 | $ 76,236.24 | $ - | $ - | $ - | $ - |

| PROFESSIONALS | MONTH 11/12 -11/30 | MONTH 12/01 - 12/31 | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|
| 1. | | | | | | |
| 2. | | | | | | |
| 3. | | | | | | |
| 4. | | | | | | |
| 5. | | | | | | |
| 6. | | | | | | |
| TOTAL PROFESSIONALS (MOR-1) | $ - | $ - | $ - | $ - | $ - | $ - |

MOR-9

*Revised 07/01/98*