*MOR-1*  **UNITED STATES BANKRUPTCY COURT**

| | |
|---|---|
| CASE NAME: ALL AMERICAN OIL & GAS INCORPORATED | PETITION DATE: 11/12/2018 |
| CASE NUMBER: 18-52693-rbk | DISTRICT OF TEXAS: WESTERN |
| PROPOSED PLAN DATE: Confirmation hearing set for 06/05/2019 | DIVISION: SAN ANTONIO |

## MONTHLY OPERATING REPORT SUMMARY FOR MONTH MARCH YEAR 2019

| MONTH | NOVEMBER | DECEMBER | JANUARY | FEBRUARY | MARCH | |
|---|---|---|---|---|---|---|
| REVENUES (MOR-6) | 140,769 | 151,783 | 152,450 | 150,131 | - | - |
| INCOME BEFORE INT; DEPREC./TAX (MOR-6) | 24,129 | 13,461 | 108,871 | 13,183 | (17,094) | - |
| NET INCOME (LOSS) (MOR-6) | (161,750) | (129,788) | (135,750) | (189,868) | 175,012,838 | - |
| PAYMENTS TO INSIDERS (MOR-9) | 44,665 | 76,236 | - | - | - | - |
| PAYMENTS TO PROFESSIONALS (MOR-9) | - | - | - | - | 10,927 | - |
| TOTAL DISBURSEMENTS (MOR-7) | 72,151 | 159,714 | 104,093 | 9,534 | 16,894 | - |

\*\*\*The original of this document must be filed with the United States Bankruptcy Court and a copy must be sent to the United States Trustee\*\*\*

CIRCLE ONE

| REQUIRED INSURANCE MAINTAINED AS OF SIGNATURE DATE | EXP. DATE | | |
|---|---|---|---|
| | | Are all accounts receivable being collected within terms? | **Yes** No |
| | | Are all post-petition liabilities, including taxes, being paid within terms? | **Yes** No |
| | | Have any pre-petition liabilities been paid? | **Yes** No |
| CASUALTY | YES (X) NO ( ) | ___-___-___ | If so, describe   Unsecured creditors |
| LIABILITY | YES (X) NO ( ) | ___-___-___ | Are all funds received being deposited into DIP bank accounts?   **Yes** No |
| VEHICLE | YES (X) NO ( ) | ___-___-___ | Were any assets disposed of outside the normal course of business?   **Yes** No |
| WORKER'S | YES (X) NO ( ) | ___-___-___ | If so, describe   See Sale Order [ECF No. 468] |
| OTHER | YES (X) NO ( ) | ___-___-___ | Are all U.S. Trustee Quarterly Fee Payments current?   Yes **No** |
| | | What is the status of your Plan of Reorganization? |
| | | Confirmation hearing set for 06/05/2019 |

| | |
|---|---|
| ATTORNEY NAME: DEBORAH WILLIAMSON | *I certify under penalty of perjury that the following complete* |
| FIRM NAME: DYKEMA GOSSETT PLLC | *Monthly Operating Report (MOR), consisting of MOR-1 through* |
| ADDRESS: 112 E. PECAN STREET, STE 1800 | *MOR-9 plus attachments, is true and correct.* |
| CITY, STATE, ZIP: SAN ANTONIO, TX 78205 | SIGNED X  /s/ J. Don Collier   TITLE: Controller/Treasurer |
| TELEPHONE/FAX: 210-554-5500 | 5/7/2019 |

*MOR-1*

CASE NAME: ALL AMERICAN OIL & GAS INCORPORATED
CASE NUMBER: 18-52693-rbk

# COMPARATIVE BALANCE SHEETS

| ASSETS | FILING DATE* 11/12/2018 0:00 | MONTH NOVEMBER | MONTH DECEMBER | MONTH JANUARY | MONTH FEBRUARY | MONTH MARCH | MONTH |
|---|---|---|---|---|---|---|---|
| **CURRENT ASSETS** | | | | | | | |
| Cash | $ 350,444 | $ 299,331 | $ 139,617 | $ 35,524 | $ 229,024 | $ 212,130 | |
| Accounts Receivable, Net | 1,404 | 1,404 | 1,404 | 1,404 | 1,404 | 1,404 | |
| Inventory: Lower of Cost or Market | | | | | | | |
| Prepaid Expenses | 1,215,000 | 1,237,342 | 1,248,593 | 1,276,697 | 1,231,227 | 1,231,227 | |
| Investments | | | | | | | |
| Other | | | | | | | |
| TOTAL CURRENT ASSETS | 1,566,848 | 1,538,077 | 1,389,614 | 1,313,625 | 1,461,655 | 1,444,762 | - |
| PROPERTY, PLANT & EQUIP. @ COST | 152,461 | 152,461 | 155,961 | 155,961 | 155,961 | | |
| Less Accumulated Depreciation | 113,680 | 116,026 | 117,848 | 119,638 | 121,428 | | |
| NET BOOK VALUE OF PP & E | 38,781 | 36,435 | 38,113 | 36,323 | 34,533 | - | - |
| **OTHER ASSETS** | | | | | | | |
| 1. Tax Deposits | | | | | | | |
| 2. Investments in Subsidiaries | | | | | | | |
| 3. Electric Deposit | | | | | | | |
| 4. Net Operating Loss | 13,725,938 | 13,725,938 | 13,725,938 | 13,725,938 | 13,725,938 | 13,725,938 | |
| **TOTAL ASSETS** | $ 15,331,567 | $ 15,300,450 | $ 15,153,665 | $ 15,075,886 | $ 15,222,127 | $ 15,170,700 | $ - |

* Per Schedules and Statement of Affairs

**MOR-2**

*Revised 07/01/98*

CASE NAME: ALL AMERICAN OIL & GAS INCORPORATED
CASE NUMBER: 18-52693-rbk

# COMPARATIVE BALANCE SHEETS

| LIABILITIES & OWNER'S EQUITY | FILING DATE* 11/12/2018 0:00 | MONTH NOVEMBER | MONTH DECEMBER | MONTH JANUARY | MONTH FEBRUARY | MONTH MARCH | MONTH |
|---|---|---|---|---|---|---|---|
| **LIABILITIES** | | | | | | | |
| POST-PETITION LIABILITIES(MOR-4) | | 130,633 | 113,636 | 171,607 | 229,024 | 205,165 | |
| PRE-PETITION LIABILITIES | | | | | 1,404.35 | | |
|   Notes Payable - Secured | 143,814,246 | 143,814,246 | 143,814,246 | 143,814,246 | | | |
|   Priority Debt | 12,490 | 12,490 | 12,490 | 12,490 | 1,231,227 | | |
|   Federal Income Tax | | | | | | | |
|   FICA/Withholding | | | | | | | |
|   Unsecured Debt | 16,283,782 | 16,283,782 | 16,283,782 | 16,283,782 | 1,461,655 | 99,280 | |
|   Other | | | | | 155,961 | | |
| TOTAL PRE-PETITION LIABILITIES | 160,110,518 | 160,110,518 | 160,110,518 | 160,110,518 | 121,428 | 99,280 | - |
| **TOTAL LIABILITIES** | 160,110,518 | 160,241,151 | 160,224,154 | 160,282,126 | 34,533 | 304,445 | - |
| **OWNER'S EQUITY (DEFICIT)** | | | | | | | |
| PREFERRED STOCK | | | | | | | |
| COMMON STOCK | 61,003 | 61,003 | 61,003 | 61,003 | 61,003 | 61,003 | |
| ADDITIONAL PAID-IN CAPITAL | 14,689,473 | 14,689,473 | 14,689,473 | 14,689,473 | 14,689,473 | 14,689,473 | |
| RETAINED EARNINGS: Filing Date | (159,529,428) | (159,529,428) | (159,529,428) | (159,529,428) | (159,529,428) | (159,529,428) | |
| RETAINED EARNINGS: Post Filing Date | | (161,750) | (291,538) | (427,288) | 15,222,127 | 174,395,683 | - |
| TOTAL OWNER'S EQUITY (NET WORTH) | (144,778,951) | (144,940,701) | (145,070,489) | (145,206,239) | 28,948,065 | 14,866,255 | - |
| **TOTAL LIABILITIES & OWNERS EQUITY** | $ 15,331,567 | $ 15,300,450 | $ 15,153,665 | $ 15,075,886 | $ 28,982,598 | $ 15,170,700 | $ - |

* Per Schedules and Statement of Affairs

**MOR-3**

*Revised 07/01/98*

**CASE NAME:** ALL AMERICAN OIL & GAS INCORPORATED
**CASE NUMBER:** 18-52693-rbk

## SCHEDULE OF POST-PETITION LIABILITIES

|  | MONTH NOVEMBER | MONTH DECEMBER | MONTH JANUARY | MONTH FEBRUARY | MONTH MARCH | MONTH |
|---|---|---|---|---|---|---|
| *TRADE ACCOUNTS PAYABLE* | 70,224 | - | 118,503 | 466,616 | | |
| TAX PAYABLE | | | | | | |
|   Federal Payroll Taxes | 36 | 12,907 | 704 | 13,372 | | |
|   State Payroll Taxes | 0 | 2,728 | | 1,240 | | |
|   Ad Valorem Taxes | | | | | | |
|   Other Taxes | | | | | | |
| TOTAL TAXES PAYABLE | 36 | 15,635 | 704 | 14,611 | - | - |
| SECURED DEBT POST-PETITION | | | | | | |
| ACCRUED INTEREST PAYABLE | | | | | | |
| ACCRUED PROFESSIONAL FEES* | | | | | 205,165 | |
| OTHER ACCRUED LIABILITIES | | | | | | |
|   1. Salaries | 34,245 | 25,791 | 27,357 | 26,489 | | |
|   2. Audit & Tax preperation for 2018 | 23,872 | 22,425 | 25,044 | | | |
|   3. Other | 2,257 | 49,785 | | | | |
| **TOTAL POST-PETITION LIABILITIES (MOR-3)** | 130,633 | 113,636 | $ 171,607 | $ 507,716 | $ 205,165 | $ - |

**\*Payment requires Court Approval**

**MOR-4**

*Revised 07/01/98*

CASE NAME: ALL AMERICAN OIL & GAS INCORPORATED
CASE NUMBER: 18-52693-rbk

## AGING OF POST-PETITION LIABILITIES
MONTH: FEBRUARY

| DAYS | TOTAL | TRADE ACCOUNTS | FEDERAL TAXES | STATE TAXES | AD VALOREM, OTHER TAXES | OTHER |
|---|---|---|---|---|---|---|
| 0-30 | $ 205,165 | $ 205,165 | $ - | $ - | | $ - |
| 31-60 | - | | | | | |
| 61-90 | - | | | | | |
| 91+ | - | | | | | |
| TOTAL | $ 205,165 | $ 205,165 | $ 704 | $ - | $ - | $ - |

## AGING OF ACCOUNTS RECEIVABLE

| MONTH | NOVMEBER | DECEMBER | JANUARY | FEBRUARY | MARCH | |
|---|---|---|---|---|---|---|
| 0-30 DAYS | | | | | | |
| 31-60 DAYS | | | | | | |
| 61-90 DAYS | | | | | | |
| 91+ DAYS | 1,404 | 1,404 | 1,404 | 1,404 | 1,404 | |
| TOTAL | $ 1,404 | $ 1,404 | $ 1,404 | $ 1,404 | $ 1,404 | $ - |

**MOR-5**  *Revised 07/01/98*

CASE NAME: ALL AMERICAN OIL & GAS INCORPORATED
CASE NUMBER: 18-52693-rbk

## STATEMENT OF INCOME (LOSS)

| | MONTH 11/12 - 11/30/18 | MONTH DECEMBER | MONTH JANUARY | MONTH FEBRUARY | MONTH MARCH | MONTH | FILING TO DATE |
|---|---|---|---|---|---|---|---|
| REVENUES (MOR-1) | 140,769 | 151,783 | 152,346 | 150,131 | | | 595,029 |
| TOTAL COST OF REVENUES | 104 | 104 | 104 | 104 | | | 415 |
| GROSS PROFIT | 140,872 | 151,680 | 152,450 | 150,027 | - | - | 595,444 |
| **OPERATING EXPENSES:** | | | | | | | |
| Selling & Marketing | | | | | | | - |
| General & Administrative | 71,870 | 61,982 | 43,579 | 136,845 | 6,167 | | 320,443 |
| Insiders Compensation | 44,665 | 76,236 | - | - | | | 120,902 |
| Professional Fees | | | | | 10,927 | | 10,927 |
| Other | | | | | | | - |
| Other | | | | | | | - |
| **TOTAL OPERATING EXPENSES** | 116,536 | 138,219 | 43,579 | 136,845 | 17,094 | - | 452,272 |
| INCOME BEFORE INT, DEPR/TAX (MOR-1) | 24,129 | 13,461 | 108,871 | 13,183 | (17,094) | - | 142,550 |
| INTEREST EXPENSE | 41,054 | 71,734 | 72,814 | 66,757 | | | 252,359 |
| DEPRECIATION | 1,559 | 1,211 | 1,179 | 1,179 | | | 5,128 |
| OTHER (INCOME) EXPENSE* | 143,267 | 70,304 | 61,757 | 121,931 | | | 397,259 |
| OTHER ITEMS** | | | | | 175,029,932 | | 175,029,932 |
| TOTAL INT, DEPR & OTHER ITEMS | 185,879 | 143,249 | 244,621 | 203,051 | - | - | 175,790,052 |
| NET INCOME BEFORE TAXES | (161,750) | (129,788) | (135,750) | (189,868) | 175,012,838 | - | 174,395,683 |
| FEDERAL INCOME TAXES | | | | | | | - |
| **NET INCOME (LOSS) (MOR-1)** | (161,750) | (129,788) | $ (135,750) | $ (189,868) | $ 175,012,838 | $ - | 174,395,683 |

*Accrual Accounting Required, Otherwise Footnote with Explanation.*

* *Footnote Mandatory.*    * ORRI adjustment
                           * court & trustee expenses

* * *Calculated gain on sale of asset*

**MOR-6**    *Revised 07/01/98*

CASE NAME: ALL AMERICAN OIL & GAS INCORPORATED
CASE NUMBER: 18-52693-rbk

| CASH RECEIPTS AND DISBURSEMENTS | MONTH 11/12 - 11/30/18 | MONTH December | MONTH January | MONTH February | MONTH March | MONTH | FILING TO DATE |
|---|---|---|---|---|---|---|---|
| 1. CASH-BEGINNING OF MONTH | 350,444 | 299,331 | 139,617 | 35,524 | 229,024 | 212,130 | 350,444 |
| RECEIPTS: | | | | | | | |
| 2. CASH SALES | | | | | | | - |
| 3. COLLECTION OF ACCOUNTS RECEIVABLE | 21,038 | | | | | | 21,038 |
| 4. LOANS & ADVANCES (attach list) | | | | | | | - |
| 5. SALE OF ASSETS | | | | | | | - |
| 6. OTHER (See Below #1) | | | | 203,034 | | | - |
| TOTAL RECEIPTS** | 21,038 | - | - | 203,034 | - | - | 224,072 |
| (Withdrawal) Contribution by Individual Debtor MFR-2* | | | | | | | - |
| DISBURSEMENTS: | | | | | | | |
| 7. NET PAYROLL | 49,009 | 100,481 | 102,360 | | | | 251,850 |
| 8. PAYROLL TAXES PAID | | | | | | | - |
| 9. SALES, USE & OTHER TAXES PAID | | | | | | | - |
| 10. SECURED/RENTAL/LEASES | | | | | | | - |
| 11. UTILITIES & TELEPHONE | | | | | | | - |
| 12. INSURANCE | 22,887 | 24,303 | 2,605 | | | | 49,795 |
| 13. INVENTORY PURCHASES | | | | | | | - |
| 14. VEHICLE EXPENSES | | | | | | | - |
| 15. TRAVEL & ENTERTAINMENT | | | | | | | - |
| 16. REPAIRS, MAINTENANCE & SUPPLIES | | | | | | | - |
| 17. ADMINISTRATIVE & SELLING | 255 | 34,930 | 589 | 7,584 | 5,967 | | 49,326 |
| 18. OTHER (attach list) | | | | | | | - |
| TOTAL DISBURSEMENTS FROM OPERATIONS | 72,151 | 159,714 | 105,554 | 7,584 | 5,967 | - | 350,970 |
| 19. PROFESSIONAL FEES | | | | | 10,927 | | - |
| 20. U.S. TRUSTEE FEES | | | | 1,950 | | | - |
| 21. OTHER REORGANIZATION EXPENSES (attach list) | | | | | | | - |
| TOTAL DISBURSEMENTS** | 72,151 | 159,714 | 104,093 | 9,534 | 16,894 | - | 350,970 |
| 22. NET CASH FLOW | (51,113) | (159,714) | (104,093) | 193,500 | (16,894) | - | (138,314) |
| 23. CASH - END OF MONTH (MOR-2) | 299,331 | 139,617 | 35,524 | 229,024 | 212,130 | | 212,130 |

\* Applies to Individual debtors only

**MOR-7**

\*\*Numbers for the current month should balance (match)
RECEIPTS and CHECKS/OTHER DISBURSEMENTS lines on MOR-8

*Revised 07/01/98*

CASE NAME: ALL AMERICAN OIL & GAS INCORPORATED
CASE NUMBER: 18-52693-rbk

# CASH ACCOUNT RECONCILIATION
## MONTH OF March, 2019

| BANK NAME | WELLS FARGO | BROADWAY | | WELLS FARGO | |
|---|---|---|---|---|---|
| ACCOUNT NUMBER | #6332552568 | # | # | #1806269674 | |
| *ACCOUNT TYPE* | *OPERATING* | *Prof Services* | *TAX* | *PETTY CASH* | *TOTAL* |
| BANK BALANCE | $ 221,821.77 | $ - | | $ 13,316.49 | $ 235,138.26 |
| DEPOSITS IN TRANSIT | | | | | |
| OUTSTANDING CHECKS | (5,650.00) | | | (464.64) | (6,114.64) |
| ADJUSTED BANK BALANCE | $ 216,171.77 | $ 205,165.15 | $ - | $ 12,851.85 | $ 434,188.77 |
| BEGINNING CASH - PER BOOKS | $ 216,171.77 | $ - | | $ 12,851.85 | $ 229,023.62 |
| RECEIPTS* | | | | 200.00 | 200.00 |
| TRANSFERS BETWEEN ACCOUNTS | (205,165.15) | 205,165.15 | | | - |
| (WITHDRAWAL) OR CONTRIBUTION BY INDIVIDUAL DEBTOR MFR-2 | | | | (6,086.94) | (6,086.94) |
| CHECKS/OTHER DISBURSEMENTS* | (11,006.62) | | | | (11,006.62) |
| ENDING CASH - PER BOOKS | $ - | $ 205,165.15 | $ - | $ 6,764.91 | $ 212,130.06 |

**MOR-8**   *Numbers should balance (match) TOTAL RECEIPTS and   *Revised 07/01/98*
 TOTAL DISBURSEMENTS lines on MOR-7

CASE NAME: ALL AMERICAN OIL & GAS INCORPORATED
CASE NUMBER: 18-52693-rbk

# PAYMENTS TO INSIDERS AND PROFESSIONALS

Of the total disbursements shown for the month, list the amount paid to insiders (as defined in Section 101(31)(A)-(F) of the U.S. Bankruptcy Code) and the professionals.
Also, for insiders, identify the type of compensation paid (e.g., salary, commission, bonus, etc.) (Attach additional pages as necessary).

| INSIDERS: NAME/COMP TYPE | MONTH 11/12 -11/30 | MONTH DECEMBER | MONTH JANUARY | MONTH FEBRUARY | MONTH MARCH | MONTH |
|---|---|---|---|---|---|---|
| 1 ROBERT MORRIS | | | | | | |
| 2 ROBERT MORRIS - EXPENSES | | | | | | |
| 3 PATRICK MORRIS | 11,175.00 | 23,853.83 | - | - | - | |
| 4 PATRICK MORRIS - EXPENSES | 2,634.05 | 2,977.05 | - | - | - | |
| 3. DAVID KATZ | 12,510.00 | 25,162.83 | - | - | - | |
| 4. DAVID KATZ - EXPENSES | 11,029.78 | 8,681.87 | - | - | - | |
| 5. J. DON COLLIER | 7,216.66 | 15,460.66 | - | - | - | |
| 6. J. DON COLLIER - EXPENSES | 100.00 | 100.00 | - | - | - | |
| TOTAL INSIDERS (MOR-1) | $ 44,665.49 | $ 76,236.24 | $ - | $ - | $ - | $ - |

| PROFESSIONALS | MONTH 11/12 -11/30 | MONTH DECEMBER | MONTH JANUARY | MONTH FEBRUARY | MONTH MARCH | MONTH |
|---|---|---|---|---|---|---|
| 1. GREG MURRAY | | | | | 2,420.00 | |
| 2. GOODWIN PROCTOR | | | | | 8,506.70 | |
| 3. | | | | | | |
| 4. | | | | | | |
| 5. | | | | | | |
| 6. | | | | | | |
| TOTAL PROFESSIONALS (MOR-1) | $ - | $ - | $ - | $ - | $ 10,926.70 | $ - |

**MOR-9**

*Revised 07/01/98*