# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | | |
|---|---|---|
| In re: | § § § | Chapter 11 |
| ALL AMERICAN OIL & GAS INCORPORATED, *et al.*, | § § § § § § | Case No. 18-52693-rbk<br><br>Jointly Administered Under<br>Case No. 18-52693-rbk |
| Debtors. | | |

## NOTICE OF (I) ENTRY OF ORDER CONFIRMING DEBTORS' JOINT CHAPTER 11 PLAN OF LIQUIDATION AND (II) OCCURRENCE OF EFFECTIVE DATE

**PLEASE TAKE NOTICE** that on June 6, 2019, the Honorable Ronald B. King, Chief United States Bankruptcy Judge for the United States Bankruptcy Court for the Western District of Texas (the "Court"), entered the *Order Confirming Debtors' Joint Chapter 11 Plan of Liquidation* [ECF No. 609] (the "Confirmation Order") confirming the Plan[1] of the above-captioned debtors and debtors in possession (the "Debtors"), attached to the Confirmation Order as Exhibit A.

**PLEASE TAKE FURTHER NOTICE** that the Confirmation Order and the Plan are available for inspection. If you would like to obtain a copy of the Confirmation Order or the Plan, you may contact BMC Group, Inc., the notice, claims, and solicitations agent retained by the Debtors in these Chapter 11 Cases, by visiting the Debtors' restructuring website at: https://www.bmcgroup.com/restructuring/GenInfo.aspx?ClientID=434. You may also obtain copies of any pleadings filed in these Chapter 11 Cases for a fee via PACER at: https://ecf.txwb.uscourts.gov/.

---

[1] Capitalized terms used shall have the meanings given to them in the Plan.

1

**PLEASE TAKE FURTHER NOTICE** that the Debtors have waived the condition precedent to the occurrence of the Effective Date set forth in Section 11.2.1 of the Plan that the Confirmation Order shall have become a Final Order, and thus all conditions precedent to the occurrence of the Effective Date set forth in Section 11.2 of the Plan have either been satisfied or waived in accordance with Section 11.4 of the Plan as of June 7, 2019.

**PLEASE TAKE FURTHER NOTICE** that except for Professional Fee Claims, all requests for payment or any other means of preserving and obtaining payment of Administrative Claims that have not been paid in the ordinary course, released or otherwise settled, must be filed with the Bankruptcy Court and served upon the Liquidating Trustee no later than the Administrative Claims Bar Date, which is July 7, 2019. Any request for payment of Administrative Claims that is not filed by the Administrative Claims Bar Date will be forever disallowed and barred, and Holders of such Claims will not be able to assert such Claims in any manner against the Debtors, the Debtors' estates, the Liquidating Trustee, the Liquidating Trust or any of their respective Affiliates or representatives.

**PLEASE TAKE FURTHER NOTICE** that each Holder of a Professional Fee Claim seeking an award by the Bankruptcy Court of compensation for services rendered and/or reimbursement of expenses incurred from the Closing Date through and including the Effective Date must file and serve its respective final application for allowance of such Professional Fee Claim no later than July 7, 2019. Any Professional Fee Claim notice of which is not timely filed by such date will be forever disallowed and barred.

**PLEASE TAKE FURTHER NOTICE** any Rejection Claims must be filed no later than thirty (30) days after the later of the Effective Date, which is July 7, 2019, or the effective date of rejection. Any Rejection Claims that are not timely filed shall be disallowed automatically,

2
4830-6855-1065.1

forever barred from assertion, and shall not be enforceable against the Liquidating Trust without the need for any objection by any Person or further notice to or action, order, or approval of the Bankruptcy Court, and any Rejection Claim shall be deemed fully satisfied, released, and discharged, notwithstanding anything in the Schedules or a Proof of Claim to the contrary.

**PLEASE TAKE FURTHER NOTICE** that the Court has approved certain release, injunction, and related provisions in Article 16 of the Plan.

**PLEASE TAKE FURTHER NOTICE** that the Plan and its provisions are binding on the Debtors, the Liquidating Trustee, and any Holder of a Claim or Interest and such Holder's respective successors and assigns, whether or not the Claim or Interest of such Holder is Impaired under the Plan, and whether or not such Holder voted to accept the Plan.

**PLEASE TAKE FURTHER NOTICE** that the Plan and Confirmation Order contain other provisions that may affect your rights. You are encouraged to review the Plan and the Confirmation Order in their entirety.

[*Remainder of Page Left Blank*]

Dated:  June 7, 2019.                     Respectfully submitted,

*/s/ Danielle N. Rushing*
Deborah D. Williamson (TX 21617500)
dwilliamson@dykema.com
Patrick L. Huffstickler (TX 10199250)
phuffstickler@dykema.com
Danielle N. Rushing (TX 24086961)
drushing@dykema.com
DYKEMA GOSSETT PLLC
112 East Pecan Street, Suite 1800
San Antonio, Texas 78205
Telephone: (210) 554-5500
Facsimile: (210) 226-8395

– and –

Richard L. Wynne (CA 120349)
*Pro hac vice* admission
richard.wynne@hoganlovells.com
Bennett L. Spiegel (CA 129558)
*Pro hac vice* admission
bennett.spiegel@hoganlovells.com
Erin N. Brady (CA 215038)
*Pro hac vice* admission
erin.brady@hoganlovells.com
HOGAN LOVELLS US LLP
1999 Avenue of the Stars, Suite 1400
Los Angeles, California 90067
Telephone: (310) 785-4600
Facsimile: (310) 785-4601

– and –

Christopher R. Bryant (NY 3934973)
*Pro hac vice* admission
chris.bryant@hoganlovells.com
John D. Beck (TX 24073898)
*Pro hac vice* admission
john.beck@hoganlovells.com
Sean A. Feener (NY 5605654)
*Pro hac vice* admission
sean.feener@hoganlovells.com
HOGAN LOVELLS US LLP
875 Third Avenue
New York, New York 10022
Telephone: (212) 918-3000
Facsimile: (212) 918-3100

*Counsel for Debtors and Debtors-in-Possession*

## CERTIFICATE OF SERVICE

I certify that on June 7, 2019, the foregoing document was served by electronic notification by the Electronic Case Filing system for the United States Bankruptcy Court for the Western District of Texas and by electronic mail or first-class mail to the parties on the creditor matrix.

              */s/ Danielle N. Rushing*
              Danielle N. Rushing