**The relief described hereinbelow is SO ORDERED.**

**Signed June 10, 2019.**



_____
**Ronald B. King
Chief United States Bankruptcy Judge**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | § | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| ALL AMERICAN OIL & GAS INCORPORATED, *et al.*,[1] | § § § | Case No. 18-52693-rbk |
| | § | Jointly Administered Under |
| Debtors. | § | Case No. 18-52693-rbk |
| | § | |

## ORDER DISMISSING MOTION AS WITHDRAWN

On June 5, 2019, came on to be heard *Motion to Compel Compliance with the Sale Order and Motion Under 60(b) to Modify Exhibit M to the Sale Order* [ECF No. 579] (the "Motion"), and it appears to the Court that the Motion should be dismissed as withdrawn.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: All American Oil & Gas Incorporated (5894); Kern River Holdings Inc. (0508); and Western Power & Steam, Inc. (2088). The location of the Debtors' service address is: 9601 McAllister Freeway, Suite 221, San Antonio, Texas 78216.

1

IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED that the above-referenced Motion is hereby **DISMISSED AS WITHDRAWN**.

# # #

Prepared and submitted by:

Deborah D. Williamson (TX 21617500)
dwilliamson@dykema.com
Patrick L. Huffstickler (TX 10199250)
phuffstickler@dykema.com
Danielle N. Rushing (TX 24086961)
drushing@dykema.com
**DYKEMA GOSSETT PLLC**
112 East Pecan Street, Suite 1800
San Antonio, Texas 78205
Telephone: (210) 554-5500
Facsimile: (210) 226-8395

– and –

Richard L. Wynne (CA 120349)
*Pro hac vice* admission
richard.wynne@hoganlovells.com
Bennett L. Spiegel (CA 129558)
*Pro hac vice* admission
bennett.spiegel@hoganlovells.com
Erin N. Brady (CA 215038)
*Pro hac vice* admission
erin.brady@hoganlovells.com
**HOGAN LOVELLS US LLP**
1999 Avenue of the Stars, Suite 1400
Los Angeles, California 90067
Telephone: (310) 785-4600
Facsimile: (310) 785-4601

– and –

Christopher R. Bryant (NY 3934973)
*Pro hac vice* admission pending
chris.bryant@hoganlovells.com
John D. Beck (TX 24073898)
*Pro hac vice* admission
john.beck@hoganlovells.com
**HOGAN LOVELLS US LLP**
875 Third Avenue
New York, New York 10022
Telephone: (212) 918-3000
Facsimile: (212) 918-3100

*Counsel for Debtors and Debtors-in-Possession*